IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL SHAWN ENGSTROM,

    Plaintiff,

v.                          4:23cv486–WS/MJF

CAROLYN COLVIN,

    Defendant.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 17) docketed December 30, 2024. The magistrate judge recommends that the Commissioner's decision to deny the plaintiff's application for disability insurance benefits be affirmed. The plaintiff has filed objections (ECF No. 18) to the report and recommendation.

The undersigned having reviewed the record, it is ORDERED:

1. The court ADOPTS and incorporates by reference into this order the magistrate judge's report and recommendation (ECF No. 17).

2. The Commissioner's decision to deny the plaintiff's application for disability insurance benefits is AFFIRMED.

3. The clerk shall enter judgment stating: "The decision of the Commissioner is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g)."

4. The clerk shall close the case.

DONE AND ORDERED this   15th   day of   January  , 2025.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE